UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**LEE M. PERLMAN**
Attorney at Law
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
856-751-4224
Attorney for Debtor

**Order Filed on February 7, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-10467

Chapter 13

Hearing Date:

Judge: JNP

RE: SAMSON O. OGALO

## ORDER ON MOTION FOR CONTINUATION OF THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED.**

**DATED: February 7, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**LEE M. PERLMAN**
**ATTORNEY AT LAW**
**1926 Greentree Road, Suite 100**
**Cherry Hill, New Jersey 08003**
**(856) 751-4224**
**ATTORNEY FOR DEBTOR, SAMSON O. OGALO**

---

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RE: | : | CHAPTER 13 |
| SAMSON O. OGALO, | : | CASE NO.: 17-10467-JNP |
| Debtor | : | **ORDER ON MOTION FOR CONTINUATION OF THE AUTOMATIC STAY** |

---

The above-captioned matter having come on for hearing on _____, 2017, before the undersigned Judge presiding, United States Bankruptcy Court for the District of New Jersey, upon the Motion by the debtor for continuing the automatic stay under provisions of 11 U.S.C. Section 362(c)(3)(B), and it appearing to the Court that the debtor was present, represented by their attorney, Lee M. Perlman, that the standing Trustee was present, and after having reviewed the matters of record in this proceeding and the arguments of counsel, the Court finds the following:

1. The debtor initiated this Chapter 13 proceeding by the filing of a Petition on January 10th, 2017.

2. The debtor filed their Motion for Continuation of the Automatic Stay due to their concern that the provisions of 11 U.S.C. Section 362(c)(3) would apply in their Chapter 13 Petition, due to the fact that the Debtors had had a case pending in the Bankruptcy Court in the year prior to their filing.

2

3. The debtor has shown that their Chapter 13 Case No. 17-10467-JNP is filed in good faith.

**WHEREFORE**, based on the foregoing,

IT IS HEREBY ORDERED that the automatic stay provisions of the Bankruptcy Code remain in full force and effect for all creditors in Case No. 17-10467-JNP.

3