UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**LEE M. PERLMAN**
Attorney at Law
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
856-751-4224
Attorney for Debtor

Order Filed on February 7, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

RE:  SAMSON O. OGALO

Case No.:  17-10467

Chapter 13

Hearing Date:

Judge:  JNP

## ORDER ON MOTION FOR CONTINUATION OF THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED.**

**DATED: February 7, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**LEE M. PERLMAN**
**ATTORNEY AT LAW**
**1926 Greentree Road, Suite 100**
**Cherry Hill, New Jersey 08003**
**(856) 751-4224**
**ATTORNEY FOR DEBTOR, SAMSON O. OGALO**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RE: | CHAPTER 13 |
| SAMSON O. OGALO, | CASE NO.: 17-10467-JNP |
| Debtor | **ORDER ON MOTION FOR CONTINUATION OF THE AUTOMATIC STAY** |

The above-captioned matter having come on for hearing on _____, 2017, before the undersigned Judge presiding, United States Bankruptcy Court for the District of New Jersey, upon the Motion by the debtor for continuing the automatic stay under provisions of 11 U.S.C. Section 362(c)(3)(B), and it appearing to the Court that the debtor was present, represented by their attorney, Lee M. Perlman, that the standing Trustee was present, and after having reviewed the matters of record in this proceeding and the arguments of counsel, the Court finds the following:

1. The debtor initiated this Chapter 13 proceeding by the filing of a Petition on January 10th, 2017.

2. The debtor filed their Motion for Continuation of the Automatic Stay due to their concern that the provisions of 11 U.S.C. Section 362(c)(3) would apply in their Chapter 13 Petition, due to the fact that the Debtors had had a case pending in the Bankruptcy Court in the year prior to their filing.

2

3. The debtor has shown that their Chapter 13 Case No. 17-10467-JNP is filed in good faith.

**WHEREFORE**, based on the foregoing,

IT IS HEREBY ORDERED that the automatic stay provisions of the Bankruptcy Code remain in full force and effect for all creditors in Case No. 17-10467-JNP.

3

United States Bankruptcy Court
District of New Jersey

In re:  
Samson O. Ogalo  
     Debtor

Case No. 17-10467-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 07, 2017  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2017.  
db        +Samson O. Ogalo,    33 Raintree Dr,    Sicklerville, NJ 08081-4921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2017 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Lee Martin Perlman    on behalf of Debtor Samson O. Ogalo ecf@newjerseybankruptcy.com, lmpcourt@gmail.com  
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                TOTAL: 4