**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  17−10467−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Samson O. Ogalo
   dba Osam Transport. LLC
   33 Raintree Dr
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−0367

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/19/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: May 19, 2017
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-10467-JNP
Samson O. Ogalo                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: May 19, 2017
                              Form ID: 148             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2017.
db         +Samson O. Ogalo,    33 Raintree Dr,    Sicklerville, NJ 08081-4921
516586071  +Aqua New Jersey,    762 W Lancaster Ave,    Bryn Mawr, PA 19010-3402
516627062  +Camden County MUA,    1645 Ferry Ave,    Camden, NJ 08104-1311
516586073   Courtney Henry,    45 Highbridge Lane,    West Deptford, NJ 08096
516586074  +Debt Recovery Solution,    Attention: Bankruptcy,    6800 Jericho Turnpike   Ste 113e,
             Syosset, NY 11791-4401
516586075  +Delmarva Power And Pepco,    Fka Atlantic City Electric,    5 Collins Dr Ste 2133,
             Penns Grove, NJ 08069-3600
516586076  +GTMUA,    PO Box 216,    Gibbsboro, NJ 08026-0216
516683959  +Gloucester Township Municipal Utilities Auth.,    Leonard J. Wood, Esq.,
             1250 Chews Landing Rd, Suite 1,    Laurel Springs, NJ 08021-2816
516748409  +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
516597259   Navient Solutions, Inc. on behalf of United Studen,    Attn: Bankruptcy Litigation Unit E3149,
             PO Box 9430,    Wilkes Barre, PA 18773-9430
516586078  +Raintree Homeowners Association,    PO Box 3528,    Cherry Hill, NJ 08034-0342
516586079  +Regional Sewer Service Invoice,    PO Box 1105,    Bellmawr, NJ 08099-5105
516586080  +Robert I Segal, Esquire,    71 North Main St,    Medford, NJ 08055-2718
516586081  +SLS,    8742 Lucent Boulevard, Ste 300,    Littleton, CO 80129-2386
516586082   South Jersey Gas,    Attn: Ms. Fleming,    Hammonton, NJ 08037
516586083  +The Bank of New York Mellon,    Attn: Pluese, Becker & Saltzman, LLC,
             20000 Horizon Way, Ste 900,    Mount Laurel, NJ 08054-4318
516631907  +The Bank of New York Mellon, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov May 19 2017 23:14:41     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 19 2017 23:14:37     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516607284   E-mail/Text: bankruptcy@pepcoholdings.com May 19 2017 23:14:20
             Atlantic City Electric Company,    Pepco Holdings, Inc.,
             Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
             Carneys Point, NJ  08069-3600
516586072  +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com May 19 2017 23:15:23    Comcast,
             401 White Horse Rd Ste 2,    Voorhees, NJ 08043-2600
516586077  +EDI: NAVIENTFKASMSERV.COM May 19 2017 22:58:00     Navient,    Attn: Claims Dept,   Po Box 9500,
             Wilkes-Barr, PA 18773-9500
516586084  +EDI: VERIZONEAST.COM May 19 2017 22:59:00     Verizon,    500 Technology Dr Ste 30,
             Saint Charles, MO 63304-2225
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-6 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 19, 2017
                              Form ID: 148             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Lee Martin Perlman    on behalf of Debtor Samson O. Ogalo ecf@newjerseybankruptcy.com, lmpcourt@gmail.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                            TOTAL: 4

Case 17-10467-JNP    Doc 27    Filed 05/21/17    Entered 05/22/17 00:36:53    Desc Imaged
Certificate of Notice    Page 3 of 3